In the Matter of the Application of LUCIAN J. CIRESI, Respondent, against WALTER C. NEWCOMB, as District Attorney for Erie County, Appellant.— Order of peremptory mandamus reversed on the law, without costs, and petition dismissed, without costs. Memorandum. The position of special officer which the respondent occupied was abolished by act of the board of supervisors. If this act of the board of supervisors is a legislative act, as seems to be conceded by the petitioner, it is not open to attack in this proceeding. (*Kittinger* v. *Buffalo Traction Co.*, 160 N. Y. 377.) If it is construed to be an administrative act, it is not open to attack because the board of supervisors is not a party to this proceeding. We are constrained, therefore, to reverse the order and dismiss the proceeding. All concur. (The order directed petitioner's reinstatement as special officer.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant, v. F. J. MUMM CONTRACTING COMPANY and Others, Respondents.— Judgment and order affirmed, with costs. All concur. (The judgment dismisses two causes of action in an action to recover money paid by surety on judgment against a town, in a negligence action. The order denies motion for a new trial.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

SADIE MALKOON, Respondent, v. NORTH RIVER INSURANCE COMPANY OF THE CITY OF NEW YORK, Appellant.— Judgment and order reversed on the law and a new trial granted, with costs to the appellant to abide the event, on the ground that questions of fact were presented for the jury by proof that the fire was of incendiary origin and was caused or connived at by the plaintiff, and also by proof that the damage or a substantial part thereof resulted from an explosion not within the coverage of the policy. All concur, except Thompson and Lewis, JJ., who dissent and vote for affirmance. (The judgment awarded damages under a fire insurance policy. The order denied a motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

MARY ALLEN, Respondent, v. JOHN C. ALLEN and Another, Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment is for damages for labor performed. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

SAMUEL R. JOFFE, Respondent, v. EBER BROTHERS & COMPANY, INCORPORATED, Appellant.— Order so far as appealed from reversed on the facts as to the matter of a separate trial, without costs on this appeal to any party, and motion granted without costs directing a separate trial of issue of release, satisfaction and discharge, and as to the matter of examination, inspection of books, etc., order modified by staying such examination and inspection until the determination of such separate issue, with leave to move to modify this stay in case the allegations of reply show the necessity for such examination, and as so modified affirmed. All concur. (The order granted an examination before trial and denied a separate trial of certain issues.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

JAMES DUKELOW and Another, Appellants, v. THE STATE OF NEW YORK, Respondent. (Claim No. 23505.)— Judgment affirmed, with costs. All concur, except Thompson and Lewis, JJ., who dissent and vote for reversal on the facts and for a new trial. (The judgment awards damages for an appropriation of realty for an addition to Letchworth Park.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.